| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS E. STEVENS (CABN 168362)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: Thomas.Stevens@usdoj.gov |
| 8 | Attorney for the United States |

RECEIVED
2011 AUG 12 A 10: 22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-11-70747 NC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
| v. | |
| ROBIN O'CONNOR, | |
| Defendant. | |

The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Robin O'Connor, be continued from August 19, 2011, to September 30, 2011. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from August 19, 2011, to September 30, 2011. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.

The Court has granted one prior stipulated continuance of the preliminary hearing and

STIP. AND [PROP.] ORDER RE: PRELIM/ARRAIGNMENT
3-11-70747

arraignment and Rule 5.1(d) waiver, from July 18, 2011 to August 19, 2011.

Undersigned defense counsel represents that she has spoken with her client, Ms. O'Connor, and that Ms. O'Connor agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED.**

DATED: August 11, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s
THOMAS E. STEVENS
Assistant U.S. Attorney

DATED: August 11, 2011

/s
RITA BOSWORTH
Attorney for Defendant Robin O'Connor

**IT IS SO ORDERED.**

DATED: August 12, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

STIP. AND [PROP.] ORDER RE: PRELIM/ARRAIGNMENT
3-11-70747