1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax:  (415) 436-7234
      E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,            )   No. 3-11-70747
                                        )
15      Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING PRELIMINARY
16      v.                              )   HEARING OR ARRAIGNMENT DATE
                                        )   AND WAIVING TIME
17 ROBIN O'CONNOR,                      )
                                        )
18      Defendant.                      )
                                        )
19
        The parties request and stipulate that the date for the preliminary hearing or arraignment
20
   of defendant, Robin O'Connor, be continued from November 4, 2011, to and including
21
   November 14, 2011, on which date the parties will seek arraignment on a criminal Information
22
   filed today (November 3, 2011), under case number CR-11-0814 JW.  The parties also request
23
   and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits
24
   set forth in FRCP 5.1(c) be tolled and waived from November 4, 2011, to and including
25
   November 14, 2011.
26
        The parties agree that –  taking into account the public interest in prompt disposition of
27
   criminal cases – good cause exists for this extension.  Defendant also agrees to toll and to waive
28

**STIP. AND [PROP.] ORDER RE:  PRELIM/ARRAIGNMENT**
3-11-70747

for this period of time any time limits applicable under Title 18, United States Code, Section 3161.

The Court has granted three prior stipulated continuances of the preliminary hearing and arraignment and Rule 5.1(d) waivers, from July 18, 2011 to August 19, 2011, from August 19, 2011 to September 30, 2011, and from September 30, 2011, to and including November 4, 2011.

Undersigned defense counsel represents that she has spoken with her client, Ms. O'Connor, and that Ms. O'Connor agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: November 3, 2011

                                            Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/
                                            THOMAS E. STEVENS
                                            Assistant U.S. Attorney

DATED: November 3, 2011                      /s/
                                            RITA BOSWORTH
                                            Attorney for Defendant Robin O'Connor

**IT IS SO ORDERED.**

DATED: November ___, 2011
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge